HON. MARY ALICE THEILER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington corporation,

Plaintiff,

vs.

NAEM SUID, an individual; MOHAMMAD SUID, an individual; and SUID TRUCKING LLC, a Florida limited liability company,

Defendants.

CIVIL NO. 2:17-cv-01481-MAT

**STIPULATED MOTION TO EXTEND CASE DEADLINES AND ~~(PROPOSED)~~ ORDER**

**Note on Motion Calendar:
January 4, 2018**

COME NOW Plaintiff Ritchie Bros. Auctioneers (America) Inc. ("Ritchie Bros"), and Defendants Naem Suid, Mohammad Suid, and Suid Trucking, LLC, (collectively, "Defendants")[1] by and through their respective counsel of record, and jointly request the Court to enter an Order continuing deadlines based upon the following:

**STIPULATION**

1. By Order of December 8, 2017 (Dkt. #16), the Court established January 4, 2018 as the deadline for completion of the conference of counsel required by Fed. R. Civ. P. 26(f), with Initial Disclosures due January 18, 2018, and the Joint Status Report due January 18, 2018;

---

[1] Defendants, individually and collectively, do not hereby consent to jurisdiction or waive any affirmative or specific defenses by counsel's joining this stipulation, and specifically preserve the defenses and arguments asserted pursuant to Fed.R.Civ.P. 12(b) in the pending motion.

STIPULATED MOTION TO EXTEND CASE
DEADLINES - 1

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

2. A Motion to Dismiss (Dkt. #14) is currently pending; a ruling thereon may affect the scope of the conference of counsel; and

3. The undersigned counsel stipulate to extending the deadlines: for the Fed. R. Civ. P. 26(f) conference of counsel to Thursday, January 18, 2018; for Initial Disclosures to Thursday, February 1, 2018; and for the Joint Status Report to Thursday, February 1, 2018.

DATED this 4th day of January, 2018.

| | |
|---|---|
| **DORSEY & WHITNEY LLP** | **ROSENBERG LAW GROUP, PLLC** |
| */s/ Nathan T. Alexander* <br> Nathan Alexander, WSBA No. 37040 <br> T. Augustine Lo, WSBA No. 48060 <br> 701 Fifth Avenue, Suite 6100 <br> Seattle, WA  98104 <br> alexander.nathan@dorsey.com <br> lo.augustine@dorsey.com <br> T:  (206) 903-8800 <br> F:  (206) 903-8820 <br> *Attorneys for Plaintiff* <br> *Ritchie Bros. Auctioneers (America) Inc.* | */s/Christopher A. Campbell, per email auth.* <br> Christopher A. Campbell <br> 500 Union Street, Ste. 510 <br> Seattle, WA  98101 <br> chris@rosenberglawgroup.net <br> P: 206-407-3300 <br> F: 206-407-3097 <br> *Counsel for Defendants Mohammad Suid,* <br> *Naem Suid, and Suid Trucking, LLC* |

STIPULATED MOTION TO EXTEND CASE DEADLINES - 2

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# [~~PROPOSED~~] ORDER

This Court, having considered the Stipulated Motion to Extend Case Deadlines, and finding good cause to extend the deadlines prescribed in this Court's Minute Order Rescheduling Joint Status Report Deadline and Related Dates (Dkt. #8), hereby ORDERS the following adjustments to case deadlines:

(1) Deadline for Fed. R. Civ. P. 26(f) Conference:	Jan. 18, 2018

(2) Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): Feb. 1, 2018

(3) Combined Joint Status Report and Discovery Plan
    as Required by Fed. R. Civ. P. 26(f) and LCR 26(f):	Feb. 1, 2018

It is so Ordered.

Dated this <u>11th</u> day of January, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

*Jointly Presented by:*

| **DORSEY & WHITNEY LLP** | **ROSENBERG LAW GROUP, PLLC** |
|---|---|
| */s/ Nathan T. Alexander* | */s/Christopher A. Campbell, per email auth.* |
| Nathan Alexander, WSBA No. 37040 | Christopher A. Campbell, WSBA No. 50959 |
| T. Augustine Lo, WSBA No. 48060 | 500 Union Street, Ste. 510 |
| 701 Fifth Avenue, Suite 6100 | Seattle, WA 98101 |
| Seattle, WA 98104 | chris@rosenberglawgroup.net |
| alexander.nathan@dorsey.com | P: 206-407-3300 |
| lo.augustine@dorsey.com | F: 206-407-3097 |
| T: (206) 903-8800 | *Counsel for Defendants Mohammad Suid,* |
| F: (206) 903-8820 | *Naem Suid, and Suid Trucking, LLC* |
| *Attorneys for Plaintiff* | |
| *Ritchie Bros. Auctioneers (America) Inc.* | |

STIPULATED MOTION TO EXTEND CASE
DEADLINES - 3

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820