# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RITCHE BROS. AUCTIONEERS (AMERICA) INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAEM SUID, an individual; MOHAMMAD SUID, an individual; and SUID TRUCKING LLC, a Florida limited liability company,<br><br>Defendants. | No. C17-1481-MAT<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES** |

This Court, having considered the Stipulated Motion to Extend Case Deadlines, and for good cause shown, hereby ORDERS the following adjustments to case deadlines:

(1) Conference of Counsel required by Fed. R. Civ. P. 26(f) shall be held no later than one week after the date of the Court's order deciding the pending Motion to Dismiss (Dkt. #14);

(2) Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be exchanged, and the Joint Status Report and Discovery Plan pursuant to Fed. R. Civ. P. 26(f) and LCR 26(f) shall be filed, no later than the date that is two weeks after the date of the Court's order deciding the pending Motion to Dismiss (Dkt. #14).

**[PROPOSED] ORDER – 1**

Rosenberg Law Group, PLLC
500 Union Street, Suite 510
Seattle, WA 98101
(206) 407-3300 | Fax (206) 407-3097

1     It is so Ordered.

2     Dated this 25th day of January, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

*Jointly Presented by:*

| **DORSEY & WHITNEY LLP** | **ROSENBERG LAW GROUP, PLLC** |
|---|---|
| */s/ T. Augustine Lo (via email auth.)* | */s/ Christopher A. Campbell* |
| Nathan Alexander, WSBA No. 37040 | Christopher A. Campbell, WSBA No. 50959 |
| T. Augustine Lo, WSBA No. 48060 | 500 Union Street, Ste. 510 |
| 701 Fifth Avenue, Suite 6100 | Seattle, WA 98101 |
| Seattle, WA 98104 | chris@rosenberglawgroup.net |
| alexander.nathan@dorsey.com | P: 206-407-3300 |
| lo.augustine@dorsey.com | F: 206-407-3097 |
| T: (206) 903-8800 | *Counsel for Defendants Mohammad Suid,* |
| F: (206) 903-8820 | *Naem Suid, and Suid Trucking, LLC* |
| *Attorneys for Plaintiff* | |
| *Ritchie Bros. Auctioneers (America) Inc.* | |