HON. MARY ALICE THEILER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington corporation,

    Plaintiff,

vs.

NAEM SUID, an individual, and MOHAMMAD SUID, an individual,

    Defendants.

CIVIL NO. 2:17-cv-01481-MAT

**STIPULATED MOTION TO EXTEND CASE DEADLINES AND (PROPOSED) ORDER**

**Note on Motion Calendar: February 27, 2018**

COME NOW Plaintiff Ritchie Bros. Auctioneers (America) Inc. ("Ritchie Bros"), and Defendants Naem Suid and Mohammad Suid (collectively, "Defendants") by and through their respective counsel of record, and jointly request the Court to enter an Order continuing deadlines based upon the following:

**STIPULATION**

1. The Court has previously extended scheduling deadlines for cause shown;

2. Plaintiff recently filed a Statement indicating an intention to seek leave to amend the complaint in this case, which may impact the scope of imminent undertakings under the current deadlines; and

STIPULATED MOTION TO EXTEND CASE DEADLINES - 1

3. The undersigned counsel stipulates to extending the deadlines: for the Fed. R. Civ. P. 26(f) conference of counsel to Friday, March 9, 2018; for Initial Disclosures to Monday, March 19, 2018; and for the Joint Status Report to Friday, March 23, 2018.

DATED this 27th day of March, 2018.

| | |
|---|---|
| **DORSEY & WHITNEY LLP** | **ROSENBERG LAW GROUP, PLLC** |
| */s/ T. Augustine Lo* | */s/Christopher A. Campbell, per email auth.* |
| Nathan Alexander, WSBA No. 37040 | Christopher A. Campbell |
| T. Augustine Lo, WSBA No. 48060 | 500 Union Street, Ste. 510 |
| 701 Fifth Avenue, Suite 6100 | Seattle, WA 98101 |
| Seattle, WA 98104 | chris@rosenberglawgroup.net |
| alexander.nathan@dorsey.com | P: 206-407-3300 |
| lo.augustine@dorsey.com | F: 206-407-3097 |
| T: (206) 903-8800 | *Counsel for Defendants Mohammad Suid and Naem Suid* |
| F: (206) 903-8820 | |
| *Attorneys for Plaintiff Ritchie Bros. Auctioneers (America) Inc.* | |

STIPULATED MOTION TO EXTEND CASE
DEADLINES - 2

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# [~~PROPOSED~~] ORDER

This Court, having considered the Stipulated Motion to Extend Case Deadlines, and finding good cause to extend the deadlines prescribed in this Court's Minute Order Rescheduling Joint Status Report Deadline and Related Dates, hereby ORDERS the following adjustments to case deadlines:

(1) Deadline for Fed. R. Civ. P. 26(f) Conference:     March 9, 2018

(2) Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): March 19, 2018

(3) Combined Joint Status Report and Discovery Plan
   as Required by Fed. R. Civ. P. 26(f) and LCR 26(f):     March 23, 2018

It is so Ordered.

Dated this 1st day of March, 2018.

Mary Alice Theiler
United States Magistrate Judge

*Jointly Presented by:*

| **DORSEY & WHITNEY LLP** | **ROSENBERG LAW GROUP, PLLC** |
|---|---|
| */s/ T. Augustine Lo* | */s/Christopher A. Campbell, per email auth.* |
| Nathan Alexander, WSBA No. 37040 | Christopher A. Campbell, WSBA No. 50959 |
| T. Augustine Lo, WSBA No. 48060 | 500 Union Street, Ste. 510 |
| 701 Fifth Avenue, Suite 6100 | Seattle, WA 98101 |
| Seattle, WA 98104 | chris@rosenberglawgroup.net |
| alexander.nathan@dorsey.com | P: 206-407-3300 |
| lo.augustine@dorsey.com | F: 206-407-3097 |
| T: (206) 903-8800 | *Counsel for Defendants Mohammad Suid and Naem Suid* |
| F: (206) 903-8820 | |
| *Attorneys for Plaintiff Ritchie Bros. Auctioneers (America) Inc.* | |

STIPULATED MOTION TO EXTEND CASE
DEADLINES - 3