HON. MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RITCHE BROS. AUCTIONEERS (AMERICA) INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAEM SUID, an individual, *et al.*,<br><br>Defendants. | No. C17-1481-MAT<br><br>~~***PROPOSED***~~ **ORDER** |

THIS MATTER having come before the Court upon a Motion, filed by Christopher A. Campbell of the firm, Rosenberg Law Group, PLLC, seeking to withdraw as attorney of record for Defendant, Naem Suid ("Defendant"); the Court having considered the motion and responses, if any; NOW, THEREFORE, it is hereby ORDERED that the Motion is GRANTED.

DATED this 4th day of June, 2018.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

ROSENBERG LAW GROUP, PLLC

/s/ Christopher A. Campbell
Christopher A. Campbell, WSBA No. 50959
*Attorneys for Defendant (Withdrawing*