HON. MARY ALICE THEILER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NAEM SUID, an individual; and NAEM SUID-MOHAMMAD SUID PARTNERSHIP, a Florida general partnership,<br><br>Defendants. | CIVIL NO. 2:17-cv-01481-MAT<br><br>**ORDER GRANTING RITCHIE BROS.' MOTION FOR DEFAULT JUDGMENT**<br><br>**Note on Motion Calendar: December 14, 2018** |

**[PROPOSED] ORDER**

This Court, having considered the Motion for Default Judgment filed by Plaintiff Ritchie Bros. Auctioneers (America) Inc. ("Ritchie Bros.") pursuant to Fed. R. Civ. P. 55 and LCR 55(b)(4) and all material filed by the parties in connection with that Motion, and finding good cause to grant Ritchie Bros.' Motion for Default Judgment, hereby ORDERS that:

(1) Ritchie Bros.' Motion for Default Judgment is GRANTED; and

(2) Defendants, jointly and severally, are liable to Ritchie Bros. in the principal amount of $236,154.86. Interest shall accrue on this amount beginning on the date of entry of this Order pursuant to 28 U.S.C. § 1961.

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

(3) Defendants, jointly and severally, shall tender payment to Ritchie Bros. in satisfaction of the above-stated principal amount and accrued interest <u>on or before January 24, 2019</u>.

In the interest of clarity, the Court notes that this Order does not grant any relief against Mohammad Suid personally, but rather grants relief against Defendant Naem Suid and against the legal entity (*i.e.*, partnership) that Naem Suid formed with Mohammad Suid.

It is so Ordered.

Dated this <u>10th</u> day of January, 2019.

Mary Alice Theiler
United States Magistrate Judge

*Presented by:*

**DORSEY & WHITNEY LLP**

<u>/s/ Nathan Alexander</u>
Nathan Alexander, WSBA No. 37040
T. Augustine Lo, WSBA No. 48060
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
alexander.nathan@dorsey.com
lo.augustine@dorsey.com
T: (206) 903-8800
F: (206) 903-8820
*Attorneys for Plaintiff*
*Ritchie Bros. Auctioneers (America) Inc.*

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT - 2

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820